THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. REID, Appellant. [817 NYS2d 573]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 12, 2003. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.